POLSINELLI LLP
JOHN PETERSON (SBN: 179343)
john.peterson@polsinelli.com
401 Commerce Street, Suite 900
Nashville, TN 37219
Telephone:   (615) 259-1510
Facsimile:    (615) 259-1573

Attorneys for Defendants

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Green Payment Solutions, LLC,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>First Data Merchant Services Corporation; Wells Fargo Bank, N.A.; and Does 1 to 100,<br><br>　　　　　　　Defendants. | Case No. 2:18-cv-1463<br><br>**NOTICE OF REMOVAL**<br><br>Date:　　February 22, 2018<br>Judge: |

　　　　Defendants First Data Merchant Services LLC[1] ("FDMS") and Wells Fargo Bank, N.A. ("Wells Fargo") (together, "Defendants"), pursuant to 28 U.S.C. §§ 1441 and 1446, hereby file this Notice of Removal of this action from the Superior Court of the State of California, County of Los Angeles, to the United States District Court for the Central District of California, and in support state as follows:

　　　　1.　　Plaintiff Green Payment Solutions, LLC ("Plaintiff") commenced a civil action, styled *Green Payment Solutions, LLC, a California limited liability company v. First Data Merchant Services Corporation, a Florida corporation; Wells Fargo Bank, N.A., a National Association; and Does 1 to 100*, in the Superior Court of the State of California, County of Los Angeles, by filing a Complaint on or about January 19, 2018, which is currently pending as Case No.

---

[1] Incorrectly styled "First Data Merchant Services Corporation".

1  BC690563 ("State Court Action").

2    2. The Summons and a copy of Plaintiff's Complaint were served on FDMS on or about January 23, 2018. A copy of the Summons and Complaint are attached to this Notice as Exhibit 1 and constitute all process, pleadings, and orders served on FDMS. The Summons and a copy of Plaintiff's Complaint were served on Wells Fargo on or about January 23, 2018. A copy of the Summons and Complaint are attached to this Notice as Exhibit 1 and constitute all process, pleadings, and orders served on Wells Fargo.

  3. In the State Court Action, as set forth in the Complaint, Plaintiff seeks to recover actual, consequential, incidental, and punitive damages, interest, and attorneys' fees from Defendants based upon allegations of breach of contract, conversion, intentional interference with economic relations, unfair competition, accounting, and declaratory relief.

  4. This Court has original jurisdiction over the claims alleged by Plaintiff in the Complaint pursuant to 28 U.S.C. § 1332(a) because this is a civil action between citizens of different states and Plaintiff alleges the amount in controversy exceeds the sum or value of $75,000. Defendants deny all liability to Plaintiff.

  Specifically, Defendants show the Court this civil action is removable for the reasons set forth below:

    a. According to the Complaint, Plaintiff Green Payment Solutions, LLC is a California limited liability company with its principal place of business in Los Angeles, California. (Compl. ¶ 1.) Upon information and belief, Richard Cha is the sole member of Green Payment Solutions, LLC. Upon information and belief, Mr. Cha is a resident of the State of California. Therefore, for diversity purposes, Plaintiff is a resident of the state of California.

b. According to the Complaint, First Data Merchant Services Corporation is a corporation organized under the laws of the State of Florida with its principal place of business in Atlanta Georgia. (*Id.* ¶ 2.) In fact, the undersigned counsel verifies that First Data Merchant Services Corporation changed its name and its corporate registration with the State of Florida to First Data Merchant Services LLC. The undersigned counsel verifies that FDMS is a Florida limited liability company organized and operating under the laws of the State of Florida with its principal place of business in Atlanta, Georgia. The sole member of FDMS is CESI Holdings, LLC. The sole member of CESI Holdings, LLC is First Data Corporation. First Data Corporation is a Delaware corporation with its principal place of business in Georgia. FDMS is therefore a resident of Delaware and Georgia.

c. According to the Complaint, Wells Fargo Bank, N.A. is a national association with its principal place of business in San Francisco, California. (*Id.* ¶ 3.) In fact, the undersigned counsel verifies that Wells Fargo Bank, N.A., is a national banking association with its main office in South Dakota.[2] Wells Fargo is therefore a resident of the State of South Dakota.

d. The Complaint alleges an amount in excess of the jurisdictional amount. 28 U.S.C. § 1332(a). Specifically, Plaintiff seeks to recover actual, consequential, incidental, and punitive damages, interest, and attorneys' fees, which Plaintiff alleges amounts to "several hundred thousand dollars". Therefore, it is "'facially apparent' from the complaint that the jurisdictional

---

[2] *See* 28 U.S.C. § 1348 (providing a "national banking associations shall, for the purposes of all other actions by or against them, be deemed citizens of the States in which they are respectively located"); *Wachovia Bank, N.A. v. Schmidt*, 546 U.S. 303, 307 (2006) (holding for § 1348 purposes a national bank is a citizen of the State in which its main office, as set forth in its articles of association, is located); *see also Rouse v. Wachovia Mortg., FSB*, 747 F.3d 707, 715 (9th Cir. 2014) (holding that under 28 U.S.C. § 1348, "Wells Fargo is a citizen only of South Dakota, where its main office is located.").

amount is in controversy." *Abrego Abrego v. The Dow Chem. Co.*, 443 F.3d 676, 690 (9th Cir. 2006).

  e. Defendants deny all liability to Plaintiff.

  f. Accordingly, this case is properly removable pursuant to 28 U.S.C. §§ 1332, 1441, and 1446.

  g. All "properly joined and served" Defendants join in this Notice of Removal.

 5. This Notice of Removal is filed within thirty days after the service of Summons and Complaint on Defendants and is therefore timely.

 6. The State Court in which this action was commenced is within this Court's District.

 7. Defendants will promptly file a copy of this Notice of Removal with the Clerk of the Superior Court of California, County of Los Angeles, and a copy of this Notice of Removal will also be served on Plaintiff.

 8. Defendants reserve the right to assert all defenses, objections, and counterclaims to Plaintiff's Complaint.

**ACCORDINGLY**, Defendants hereby remove to this Court the State Court Action pending as *Green Payment Solutions, LLC, a California limited liability company v. First Data Merchant Services Corporation, a Florida corporation; Wells Fargo Bank, N.A., a National Association; and Does 1 to 100*, in the Superior Court of the State of California, County of Los Angeles, Case No. BC690563.

Dated: February 22, 2018   POLSINELLI LLP

         By:  /s/ John W. Peterson
            John W. Peterson
         Attorneys for Defendants

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 22, 2018, a copy of the foregoing document was served via U.S. Mail and email as follows:

> Eugene Rome
> erome@romeandassociates.com
> Sridavi Ganesan
> sganesan@romeandassociates.com
> Rome & Associates, A.P.C.
> 2029 Century Park East, Suite 450
> Los Angeles, California 90067

/s/ John W. Peterson
John W. Peterson