# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 18–01463-DSF (ASx) | Date | May 14, 2019 |
|---|---|---|---|
| Title | Green Payment Solutions LLC., v. First Data Merchant Services Corporation, et. al., | | |

Present: The Honorable    Alka Sagar, United States Magistrate Judge

| Alma Felix | XTR 05/02/19 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs | Attorneys Present for Defendants |
| Brianna Dahlberg | John Peterson<br>Catherine Green |

**Proceedings:**      **Order Granting-In-Part and Denying-In-Part Third Party's Motion to Quash Subpoena (Dkt. No. 109)**

On May 2, 2019, Third Party Respondent, The Bead Factory, Inc., filed a motion to quash a subpoena to produce records. (Dkt. No. 109). On May 6, 2019, the Court held a telephonic hearing on the motion. (Dkt. No. 110). Plaintiff was represented by Briana Dahlberg, Defendants were represented by John W. Peterson and Catherine Green, and Emad Hakim, President of the Bead Factory, appeared *pro se*.

After hearing from the parties and Mr. Hakim regarding the scope of the records requested and the burden and cost of retrieving, reviewing and redacting records responsive to the subpoena, the Court GRANTS-IN-PART and DENIES-IN-PART the motion to quash the subpoena as follows:

The Motion to Quash the Subpoena is DENIED as to the request for correspondence and communications with Jesse Cretaro and all communications with Green Payment about First Data or another bank regarding credit card processing for the time period November 2017 to present. The Court finds that The Bead Factory will not incur an undue burden or cost in searching for and retrieving the requested records which are largely electronic and can be retrieved through electronic means. Moreover, the requested records will be produced in accordance with the protective order issued in this case and pursuant to the protective order's provision for "attorneys eyes only." Thus, The Bead Factory may, but is not required to, redact any responsive records. Upon receipt, counsel for Plaintiff and Defendants are ordered to meet and confer regarding any appropriate redactions. The Bead Factory is ordered to produce the records no later than May 20, 2019. Counsel for the parties must promptly notify Mr. Hakim regarding the manner in which they wish the subpoenaed records to be transmitted to them.

The Motion to Quash the Subpoena is GRANTED as to the request for monthly merchant processing statements from November 2017 to the present. The Court finds that such production would require the Bead Factory to incur the expense of retaining an outside service to retrieve, review, and redact responsive records. The Court finds that the Plaintiff may have in its possession, or be able to obtain, the requested

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 18–01463-DSF (ASx) | Date | May 14, 2019 |
|---|---|---|---|
| Title | Green Payment Solutions LLC., v. First Data Merchant Services Corporation, et. al., | | |

records.  Accordingly, Plaintiff is ordered to produce monthly merchant processing statements, from November 2017 to the present, (which it may obtain from North American Bank Card) no later than May 20, 2019.  Plaintiff may redact these statements in accordance with the parties' agreement and consistent with the Court's previous orders. If Plaintiff  is unable to produce the requested statements, Plaintiff must submit a sworn declaration from the person most knowledgeable stating that the statements are not in its possession, custody or control and provide a detailed statement setting forth the efforts it has made to obtain the statements and the results of those efforts.

The parties may advise the Court of the necessity for a hearing and/or telephonic conference to resolve any remaining issues relating to discovery production by contacting the Courtroom Deputy via telephone or email *only* after they have engaged in at least two attempts to resolve the dispute without court involvement.  See http://www.cacd.uscourts.gov/judges-schedules-procedures.

The Clerk is directed to provide a copy of this order to Mr. Hakim by email.

IT IS SO ORDERED.

cc:    Dale S. Fischer
       United States District Judge

00 : 30