# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | CASE NUMBER: |
|---|---|
| GREEN PAYMENT SOLUTIONS, LLC <br><br> Plaintiff(s) <br> V. <br> FIRST DATA MERCHANT SERVICES CORPORATION, <br><br> Defendant(s). | CV 18-1463 DSF (ASx) <br><br> **WARRANT FOR ARREST** |

TO:   UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER

**YOU ARE HEREBY COMMANDED** to arrest JESSE CRETARO

and bring him/her forthwith to the nearest Magistrate Judge to answer a(n):  ☐ Complaint  ☐ Indictment  ☐ Information  ☒ Order of Court  ☐ Violation Petition  ☐ Violation Notice

charging him/her with (ENTER DESCRIPTION OF OFFENSE BELOW)
Failure to Appear in response to Order re Contempt of Court

in violation of Title 18 United States Code, Section(s) 3146

| Kiry K. Gray | June 14, 2019 at Los Angeles, CA 90012 |
|---|---|
| NAME OF ISSUING OFFICER | DATE AND LOCATION OF ISSUANCE |
| Clerk of Court | By: Dale S. Fischer, Judge |
| TITLE OF ISSUING OFFICER | NAME OF JUDICIAL OFFICER |
| Renee Fisher, Deputy Clerk | |
| SIGNATURE OF DEPUTY CLERK | |

**RETURN**

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE-NAMED DEFENDANT AT (LOCATION):

| | |
|---|---|
| DATE RECEIVED | NAME OF ARRESTING OFFICER |
| DATE OF ARREST | TITLE |
| **DESCRIPTIVE INFORMATION FOR DEFENDANT CONTAINED ON PAGE TWO** | SIGNATURE OF ARRESTING OFFICER |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRIC OF CALIFORNIA

| | CASE NUMBER: |
|---|---|
| GREEN PAYMENT SOLUTIONS, LLC                Plaintiff(s)<br>V.<br>FIRST DATA MERCHANT SERVICES CORPORATION,<br><br>                                                           Defendant(s) | CV 18-1463 DSF (ASx)<br><br>**WARRANT FOR ARREST** |

## ADDITIONAL DEFENDANT INFORMATION

| RACE: | SEX: | HEIGHT: | WEIGHT: | HAIR: | EYES: | OTHER: |
|---|---|---|---|---|---|---|
| DATE OF BIRTH: | | PLACE OF BIRTH: | | SOCIAL SECURITY NO.: | DRIVER'S LICENSE NO.: | ISSUING STATE: |
| ALIASES: | | SCARS, TATTOOS OR OTHER DISTINGUISHING MARKS: | | | | |
| AUTO YEAR: | AUTO MAKE: | AUTO MODEL: | | AUTO COLOR: | AUTO LICENSE NO.: | ISSUING STATE: |

| LAST KNOWN RESIDENCE:<br>5200 Wilshire Blvd., Apt. 663<br>Los Angeles, CA 90036 | LAST KNOWN EMPLOYMENT: |
|---|---|

FBI NUMBER:

ADDITIONAL INFORMATION:

| INVESTIGATIVE AGENCY NAME | INVESTIGATIVE AGENCY ADDRESS: |
|---|---|

NOTES: