Eugene Rome (SBN 232780)
erome@romeandassociates.com
Sridavi Ganesan (SBN 216129)
sganesan@romeandassociates.com
Brianna Dahlberg (SBN 280711)
bdahlberg@romeandassociates.com
**ROME & ASSOCIATES, A.P.C.**
2029 Century Park East, Suite 450
Los Angeles, CA 90067
Telephone: 310-282-0690
Facsimile: 310-282-0691

Attorneys for Plaintiff
GREEN PAYMENT SOLUTIONS, LLC,

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREEN PAYMENT SOLUTIONS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> FIRST DATA MERCHANT SERVICES CORPORATION; WELLS FARGO BANK, N.A.; and Does 1 to 100, <br><br> Defendants. | Case No. 2:18-cv-1463 DSF (ASx) <br><br> [Assigned to Hon. Dale S. Fischer, Courtroom 7D] <br><br> **DECLARATION OF RICHARD CHA IN SUPPORT OF PLAINTIFF GREEN PAYMENT SOLUTIONS, LLC'S MOTION FOR PARTIAL SUMMARY JUDGMENT** |
| FIRST DATA MERCHANT SERVICES LLC and WELLS FARGO BANK, N.A. <br><br> Counter-Plaintiffs, <br><br> v. <br><br> GREEN PAYMENT SOLUTIONS, LLC, <br><br> Counter-Defendant. | Date: July 29, 2019 <br> Time: 1:30 p.m. <br> Place: Courtroom 7D <br> Judge: Hon. Dale S. Fischer |

# DECLARATION OF RICHARD CHA

I, Richard Cha, hereby declare as follows:

1. I am the founder and Chief Executive Officer of Green Payment Solutions, LLC ("Green Payment"). I offer this declaration in support of Green Payment's Motion for Partial Summary Judgment in the above-entitled action. I am over 18 years of age and have personal knowledge of the facts set forth in this declaration, and if sworn as a witness, I could testify competently thereto.

2. Green Payment is a California LLC with its principal place of business in Los Angeles, California. Green Payment is an Independent Sales Organization ("ISO"), an entity which solicits merchants to sign up for bank card processing services for payment processors, such as First Data Merchant Services LLC ("First Data"). In exchange, the processors pay Green Payment residual payments out of the revenue they receive from the merchants Green Payment refers for the life of the processing relationships.

3. In 2011, Green Payment entered into a Marketing Agreement with First Data and Wells Fargo Bank, N.A. (collectively, "Defendants"). A true and correct copy of the Marketing Agreement is attached hereto as **Exhibit A.**

4. From 2011 to November 2017, Green Payment referred merchants to open payment processing accounts with Defendants pursuant to the Marketing Agreement. As of November 2017, Green Payment had built up a portfolio of over 600 merchant accounts processing with Defendants.

5. On or about November 29, 2017, Green Payment received notice from First Data that it was terminating the Marketing Agreement for cause. A true and correct copy of the notice of termination is attached hereto as **Exhibit B.**

///
///
///
///

1  I declare under penalty of perjury under the laws of the United States of
2  America that the foregoing is true and correct.

4  Executed on June 24, 2019 in Los Angeles, California.

By: _____
　　　Richard Cha