# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREEN PAYMENT SOLUTIONS, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FIRST DATA MERCHANT SERVICES LLC; WELLS FARGO BANK, N.A.; and DOES 1 to 100,<br><br>　　　　Defendants.<br>FIRST DATA MERCHANT SERVICES LLC and WELLS FARGO BANK, N.A.,<br><br>　　　　Counter-Plaintiffs,<br><br>　　v.<br><br>GREEN PAYMENT SOLUTIONS, LLC<br><br>　　　　Counter-Defendants. | Case No. 2:18-cv-1463 DSF (ASx)<br><br>**ORDER EXTENDING DEADLINES RE: PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Date:　　July 29, 2019<br>Time:　　1:30 p.m.<br>Place:　　Courtroom 7D<br>Judge:　　Hon. Dale S. Fischer |

　　Before the Court is the parties' Stipulation to Extend Deadlines Re: Plaintiff's Motion for Partial Summary Judgment. Having reviewed the Stipulation, the Court finds the relief to which the parties stipulate is appropriate. Accordingly, it is hereby ORDERED that:

　　1.　　Defendants' deadline to file an opposition to Plaintiff's Motion for

69318168.1

1  Partial Summary Judgment (Dkt. No. 124) (the "Motion") is extended to and
2  including July 10, 2019; and
3      2.    Plaintiff's deadline to file a reply in support of the Motion is extended
4  to and including July 17, 2019.

      IT IS SO ORDERED.

DATED: July 2, 2019

                                                        _____
                                                        Honorable Dale S. Fischer
                                                        UNITED STATES DISTRICT JUDGE

69318168.1